Form 3A
(10/05)

# United States Bankruptcy Court
__NORTHERN__ District Of __Illinois__

In re __Shanita Q. Boone__,
      Debtor

Case No. __08-13302__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__    Check one ☐ With the filing of the petition, or
                          ☐ On or before __May 30th__
   $ __74.75__    on or before __June 13th__
   $ __74.75__    on or before __June 27th__
   $ __75.75__    on or before __July 11th__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 23 2008

KENNETH S. GARDNER CLERK
PS REP. - MBW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    X __Shanita Boone__  __5-23-08__
Signature of Attorney              Date       Signature of Debtor           Date
                                              (In a joint case, both spouses must sign.)
_____
Name of Attorney
                                              _____    _____
                                              Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of  Illinois

In re  **Shanita Q. Boone**,
         Debtor

Case No. **08-13302**

Chapter **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                        ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **5-23-08**

**KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner, Clerk of the Court